# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

**Airman First Class BRETT W. LONG**
**United States Air Force**

**ACM S32182**

**10 July 2014**

Sentence adjudged 29 August 2013 by SPCM convened at Dyess Air Force Base, Texas.  Military Judge:  Matthew S. Ward.

Approved Sentence:  Bad-conduct discharge, and reduction to E-1.

Appellate Counsel for the Appellant:  Major Lucy H. Carrillo.

Appellate Counsel for the United States:  Colonel Don M. Christensen.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.


PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are AFFIRMED.


FOR THE COURT

STEVEN LUCAS
Clerk of the Court